UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON KNOWLES, *on behalf of himself and others similarly situated*,

               Plaintiffs,

– against –

LELO INC.,

               Defendant.

**ORDER**

25-cv-01354 (ER)

Ramos, D.J.:

    Carlton Knowles brought this action against Lelo Inc. on February 14, 2025. Doc. 1. Lelo was served on April 22, 2025. Doc. 6. Since then, there has been no activity in this case.

    Knowles is directed to submit a status letter by no later than August 6, 2025.

    It is SO ORDERED.

Dated:   July 29, 2025
          New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.