UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARLTON KNOWLES, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

LELO INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No.: 1:25-cv-1354

## NOTICE OF SETTLEMENT

To The Honorable Court:

    The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
       October 1, 2025       Respectfully Submitted,

                              **GOTTLIEB & ASSOCIATES PLLC**
                              /s/ Michael A. LaBollita
                              Michael A. LaBollita, Esq.

                              Michael A. LaBollita (ML-9985)
                              Jeffrey M. Gottlieb (JG-7905)
                              Dana L. Gottlieb (DG-6151)
                              GOTTLIEB & ASSOCIATES PLLC
                              150 East 18th Street, Suite PHR
                              New York, New York 10003
                              Tel: 212.228.9795
                              Fax: 212.982.6284
                              Jeffrey@Gottlieb.legal
                              Dana@Gottlieb.legal
                              Michael@Gottlieb.legal
                              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge